SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

FILED
08 JUL 30 PM 3: 12
HARD W. WIEKING
U.S. DISTRICT COURT

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA GIFFORD,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

Case No.: CV 08 3656

**CERTIFICATE OF INTERESTED PARTIES**

The undersigned counsel of record for defendant LIFE INSURANCE COMPANY OF NORTH AMERICA certifies that the entities described below have a direct, pecuniary interest in the outcome of this matter: Life Insurance Company of North America is the insurer who provided group disability insurance to the Plan that is the subject of this matter. Connecticut General Corporation is a parent company of Life Insurance Company of North America. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holding Inc. CIGNA Holding Inc. is a wholly owned subsidiary of CIGNA Corporation.

Dated: July 29, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

---

366624.1

1
Notice of Interested Parties
Case No.: