SEAN P. NALTY (State Bar No. 121253)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GIFFORD, | Case No.:   CV08-03656 BZ |
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive, | [Civil L.R. 6-1] |
| Defendants. | Action Filed: June 25, 2008 |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between plaintiff Linda Gifford and defendant Life Insurance Company of North America, through their attorneys of record, as follows:

1.    Defendant Life Insurance Company of North America ("LINA") removed this action from the Superior Court of the State of California for the County of San Francisco to this Court on or about July 30, 2008;

2.    Defendant LINA's response to the Complaint currently is due on or about August 6, 2008;

---

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
USDC NDCA Case No. CV08-03656 BZ
367885.1

3. The parties have agreed that defendant LINA shall have an extension until and including September 5, 2008 to answer or otherwise respond to the Complaint in this action; and

4. This stipulated date for defendant LINA to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Date: August 5, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Date: 8/1/2008

SHERNOFF BIDART DARRAS
ECHEVERRIA, LLP

By: Frank N Darras
FRANK N. DARRAS
Attorneys for Plaintiff
LINDA GIFFORD

**ORDER**

IT IS SO ORDERED.

Date:_____    By:_____
HONORABLE
United States District Court Judge

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case No. CV08-03656 BZ
367885.1

# CERTIFICATE OF SERVICE
*Linda Gifford v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV08-03656 BZ

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Frank N. Darras, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Tel:   (909) 390-3770
Fax:   (909) 974-2121

*Attorneys for Plaintiff LINDA GIFFORD*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 5, 2008** at San Francisco, California.

_____
Nancy Li

---

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case No. CV08-03656 BZ
367885.1