1  SEAN P. NALTY (State Bar No. 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GIFFORD, | Case No.:   CV08-03656 ~~BZ~~ MMC |
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**; ORDER THEREON |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive, | [Civil L.R. 6-1] |
| Defendants. | Action Filed: June 25, 2008 |

    **IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between plaintiff Linda Gifford and defendant Life Insurance Company of North America, through their attorneys of record, as follows:

    1.    Defendant Life Insurance Company of North America ("LINA") removed this action from the Superior Court of the State of California for the County of San Francisco to this Court on or about July 30, 2008;

    2.    Defendant LINA's response to the Complaint currently is due on or about August 6, 2008;

---

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
USDC NDCA Case No. CV08-03656 BZ
367885.1

3. The parties have agreed that defendant LINA shall have an extension until and including September 5, 2008 to answer or otherwise respond to the Complaint in this action; and

4. This stipulated date for defendant LINA to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Date: August 5, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Date: 8/1/2008

SHERNOFF BIDART DARRAS
ECHEVERRIA, LLP

By: Frank N Darras
FRANK N. DARRAS
Attorneys for Plaintiff
LINDA GIFFORD

**ORDER**

**IT IS SO ORDERED.**

Date: August 18, 2008    By: Maxine M. Chesney
HONORABLE Maxine M. Chesney
United States District Court Judge

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case No. CV08-03656 BZ
367885.1