```
 1  SEAN P. NALTY (SBN 121253)
    CHARAN M. HIGBEE (SBN 148293)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendant
 6  LIFE INSURANCE COMPANY OF
    NORTH AMERICA
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GIFFORD, | Case No.: CV08-03656 MMC |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive, | |
| Defendant. | |

The undersigned counsel of record for defendant LIFE INSURANCE COMPANY OF NORTH AMERICA certifies that the entities described below have a direct, pecuniary interest in the outcome of this matter: Life Insurance Company of North America is the insurer who provided group disability insurance to the Plan that is the subject of this matter. Connecticut General Corporation is a parent company of Life Insurance Company of North America. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holding Inc. CIGNA Holding Inc. is a wholly owned subsidiary of CIGNA Corporation.

Dated: August 28, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____/s/ Sean P. Nalty_____
SEAN P. NALTY
CHARAN M. HIGBEE
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

---

1
CERTIFICATE OF INTERESTED PARTIES

USDC CDCA Case CV08-03656 MMC
366101.1

# CERTIFICATE OF SERVICE
*Linda Gifford v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-03656 MMC*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

## CERTIFICATE OF INTERESTED PARTIES

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Frank N. Darras, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Tel:    (909) 390-3770
Fax:   (909) 974-2121

*Attorneys for Plaintiff LINDA GIFFORD*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 28, 2008** at San Francisco, California.

_____
Nancy Li