1  FRANK N. DARRAS #128904, fdarras@sbdelaw.com
2  LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
4  Telephone:   (909) 390-3770
   Facsimile:    (909) 974-2121
5
6  Attorneys for Plaintiff

7  SEAN P. NALTY #121253, sean.nalty@wilsonelser.com
   CHARAN M. HIGBEE #148293, charan.higbee@wilsonelser.com
8  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, CA  94105-2725
10 Phone: (415) 433-0990
11 Fax: (415) 434-1370

12 Attorneys for Defendant

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| LINDA GIFFORD, | Case No.: CV08-03656 MMC |
|---|---|
| Plaintiff, | STIPULATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND ~~(PROPOSED)~~ ORDER |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Date:   November 14, 2008<br>Time:   10:30 a.m.<br>Place:  Courtroom 7 |
| Defendant. | |

23  TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF
24  RECORD HEREIN:
25       Plaintiff LINDA GIFFORD ("Plaintiff") and defendant LIFE INSURANCE
26  COMPANY OF NORTH AMERICA ("Defendant"), by and through their respective
27  attorneys of record, hereby stipulate and respectfully request to appear telephonically
28  for the case management conference on November 14, 2008, at 10:30 a.m.

Good cause exists to grant the parties' request to appear telephonically as lead trial counsel for Plaintiff, Frank N. Darras of Shernoff Bidart Darras Echeverria, LLP, resides and his principal places of business are located in Southern California. Lead trial counsel for Defendant, Sean P. Nalty of Wilson Elser, Moskowitz & Dicker, LLP has no objections to Mr. Darras' request to appear telephonically.

Furthermore, the parties are currently engaged in settlement discussions and in the interest of keeping costs to a minimum both lead trial counsel for Plaintiff, Frank N. Darras of Shernoff Bidart Darras Echeverria, LLP, and lead trial counsel for Defendant, Sean P. Nalty of Wilson Elser, Moskowitz & Dicker, LLP respectfully request to appear telephonically.

IT IS SO AGREED AND STIPULATED.

DATED: October 27, 2008    SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

/s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff, LINDA GIFFORD

DATED: October 27, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Sean P. Nalty
SEAN P. NALTY
CHARAN M. HIGBEE
Attorneys for Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 29, 2008

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER