UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GIFFORD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>　　　　Defendant | Case No: CV08-03656 MMC<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:　March 5, 2009

　　　　　　　　　　　　　　　　　　　　　_(signed)_
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court